AMERICAN ENGINEERING & TESTING
14 ROC SAM PARK ROAD
BRAINTREE, MA 02184


ATTORNEY MARTHA AWISZUS
WINOKUR, SORKEY & ROSENBERG
81 SAMOSET STREET
PLYMOUTH, MA 02360


COLLINS LANDSCAPE AND DESIGN
27 ROBERT J. WAY
PLYMOUTH, MA 02360


CONTECH BRIDGE SOLUTIONS, INC.
16431 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


GRAY, GRAY AND GAY, LLP
34 SOUTHWEST PARK
WESTWOOD, MA 02090


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES FUNCTION
P.O. BOX 9112
JFK BUILDING
BOSTON, MA 02203


ITRON
2111 N. MOLTER ROAD
LIBERTY LAKE, WA 99019


J&B EQUIPMENT
456 COLUMBIA ROAD
HANOVER, MA 02339


JAMES M. GALVIN, JR.
248 WILLARD STREET
QUINCY, MA 02169


JAMES V. O'BRIEN
150 LONGWATER DRIVE, SUITE 202
NORWELL, MA 02061

```
JOHN HOADLEY & SONS, INC.
672 UNION STREET
ROCKLAND, MA 02370


JVO CORPORATION
150 LONGWATER DRIVE, SUITE 202
NORWELL, MA 02061


MA WASTE SYSTEMS, LLC
300 CENTRE STREET
HOLBROOK, MA 02343


MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY/LITIGATION UNIT -7TH FLOOR
P.O. BOX 9565
100 CAMBRIDGE STREET
BOSTON, MA 02114


MCKENZIE ENGINEERING GROUP
150 LONGWATER DRIVE, UNIT 101
NORWELL, MA 02061


NATIONAL GRID
P.O. BOX 81038
WOBURN, MA 01813


PILGRIM BANK
800 CHIEF JUSTICE CUSHING WAY
COHASSET, MA 02025


PREMIUM FINANCING SPECIALISTS
P.O. BOX 26087
NEW YORK, NY 10087


RONALD CAMARDA
42 BARD ROCK LANE
HANOVER, MA 02339


SLT CONSTRUCTION CORPORATION
3 MARION DRIVE
CARVER, MA 02330
```

```
TOWN OF HANOVER
550 HANOVER STREET
HANOVER, MA 02339


WITSOP LEGAL ADVISORY GROUP, LLC
150 LONGWATER DRIVE
SUITE 202
NORWELL, MA 02061


WITSOP-1, LLC
150 LONGWATER DRIVE
SUITE 202
NORWELL, MA 02061
```