# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

FEB 12 '10 AM1:15 USB

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WITSOP-9, LLC ) | Chapter 11 |
| ) | Docket No. 09-20024-FJB |
| Debtor ) | |

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rule 9010, the undersigned hereby enters his appearance on behalf of creditor Town of Hanover, Massachusetts and requests service of all pleadings and notices that may affect said creditor.

DATED at Quincy, Massachusetts this 11th day of February, 2010.

Respectfully submitted
Town of Hanover
By its attorney,

Dated: February 11, 2010

David A. DeLuca, Esq.
BBO #543964
Murphy, Hesse, Toomey & Lehane LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02269-9126
(617) 479-5000

FEB 12'10 AM11 15 USB

## CERTIFICATE OF SERVICE

I, David A. DeLuca, Esq., Murphy, Hesse, Toomey and Lehane, LLP 300 Crown Colony Drive, Quincy, MA, hereby certify that on this date I served a copy of the within Notice of Appearance and Request for Notice via first class mail, postage prepaid upon:

Eric Bradford, Esq.
United States Trustee
John W. McCormack Building
5 Post Office Square
Boston, MA 02109

Martha Awiszus, Esq.
Winkor, Sorkey & Rosenberg
81 Samoset Street
Plymouth, MA 02360

Rosemary Traini, Esq.
60 Williams Street, Suite 300
Wellesley, MA 02481

John M. McAuliffe, Esq.
McAuliffe & Associates, PC
430 Lexington Street
Newton, MA 02466

Dated: February 11, 2010

David A. DeLuca

539330v1