UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
IN RE:                              )
                                    )   Case No. 09-20024-FJB
    WITSOP-9, LLC                   )
                                    )   Chapter 11
        Debtor                      )
_____)

# CERTIFICATE OF SERVICE

    I, John M. McAuliffe, hereby certify that on the date stated below I served the Debtor's Notice of (1) Intended Private Sale of Assets Free and Clear of Liens; (2) Deadline for Submitting Objections and Counteroffers; and (3) Hearing Date for Lot 1; Debtor's Notice of (1) Intended Private Sale of Assets Free and Clear of Liens; (2) Deadline for Submitting Objections and Counteroffers; and (3) Hearing Date for Lot 3; Debtor's Notice of (1) Intended Private Sale of Assets Free and Clear of Liens; (2) Deadline for Submitting Objections and Counteroffers; and (3) Hearing Date for Lot 5 to the parties on the attached Service List, via first-class mail, postage-prepaid to the parties on the attached Service List.

                                                                          /s/ John M. McAuliffe
                                                                          John M. McAuliffe, Esq.
                                                                          McAuliffe & Associates, P.C.
                                                                          430 Lexington Street
                                                                          Newton, MA 02466
                                                                          (617) 558-6889
                                                                          BBO# 555109

Dated: February 11, 2011

# SERVICE LIST

## UNITED STATES TRUSTEE

Attorney Eric Bradford
United States Trustee
John W. McCormack Building
5 Post Office Square
Boston, MA 02109

Attorney Martha Awiszus
Winkor, Sorkey & Rosenberg
81 Samoset Street
Plymouth, MA 02360

Attorney Rosemary Traini
60 Williams Street, Suite 300
Wellesley, MA 02481

Attorney David Deluca
Murphy Hess Toomey & Lehane
300 Crown Colony Drive, Suite 410
Quincy, MA 02169

```
AMERICAN ENGINEERING & TESTING
14 ROC SAM PARK ROAD
BRAINTREE, MA 02184


COLLINS LANDSCAPE AND DESIGN
27 ROBERT J. WAY
PLYMOUTH, MA 02360


CONTECH BRIDGE SOLUTIONS, INC.
16431 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


GRAY, GRAY AND GRAY, LLP
34 SOUTHWEST PARK
WESTWOOD, MA 02090
```

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES FUNCTION
P.O. BOX 9112
JFK BUILDING
BOSTON, MA 02203


ITRON
2111 N. MOLTER ROAD
LIBERTY LAKE, WA 99019


J&B EQUIPMENT
456 COLUMBIA ROAD
HANOVER, MA 02339


J&P O'BRIEN FAMILY LTD. PARTNERSHIP
150 LONGWATER DRIVE, SUITE 202
NORWELL, MA 02061


JAMES M. GALVIN, JR.
248 WILLARD STREET
QUINCY, MA 02169


JAMES V. O'BRIEN
150 LONGWATER DRIVE, SUITE 202
NORWELL, MA 02061


JOHN HOADLEY & SONS, INC.
672 UNION STREET
ROCKLAND, MA 02370


JVO CORPORATION
150 LONGWATER DRIVE, SUITE 202
NORWELL, MA 02061


MA WASTE SYSTEMS, LLC
300 CENTRE STREET
HOLBROOK, MA 02343

MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY/LITIGATION UNIT -7TH FLOOR
P.O. BOX 9565
100 CAMBRIDGE STREET
BOSTON, MA 02114


MCKENZIE ENGINEERING GROUP
150 LONGWATER DRIVE, UNIT 101
NORWELL, MA 02061


NATIONAL GRID
P.O. BOX 81038
WOBURN, MA 01813


PILGRIM BANK
800 CHIEF JUSTICE CUSHING WAY
COHASSET, MA 02025


PREMIUM FINANCING SPECIALISTS
P.O. BOX 26087
NEW YORK, NY 10087


ROBERT J. TOMBARI
150 LONGWATER DRIVE, SUITE 202
NORWELL, MA 02061


ROBERT J. TOMBARI, JR. FAMILY TRUST
150 LONGWATER DRIVE, SUITE 202
NORWELL, MA 02061


RONALD CAMARDA
42 BARD ROCK LANE
HANOVER, MA 02339


SLT CONSTRUCTION CORPORATION
3 MARION DRIVE
CARVER, MA 02330

```
TOWN OF HANOVER
550 HANOVER STREET
HANOVER, MA 02339


WITSOP LEGAL ADVISORY GROUP, LLC
150 LONGWATER DRIVE
SUITE 202
NORWELL, MA 02061


WITSOP-1, LLC
150 LONGWATER DRIVE
SUITE 202
NORWELL, MA 02061
```