UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Witsop-9, LLC              **Case/AP Number** 09-20024 **-FJB**
                                       **Chapter** 11

    #148 Motion of Debtor to Sell Lots 1, 3 and 5 of Morse Farm Estates (J. McAuliffe)
    #157 Limited Objection of Pilgrim Bank (M. Awiszus)

**COURT ACTION:**

#148_____ Hearing held
_____ Granted         _____ Approved           _____ Moot
_____ Denied          _____ Denied without prejudice    #148_____ Withdrawn in open court
_____ Overruled       _____ Sustained
_____ Continued to _____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by _____
_____ No appearance by _____
Show Cause Order     _____ Released    _____ Enforced

                        IT IS SO ORDERED:

                        /s/ Frank J. Bailey
                        _____ Dated: 03/15/2011
                        Frank J. Bailey
                        United States Bankruptcy Judge