United States Bankruptcy Court
District of Massachusetts

In re:  
Witsop-9, LLC  
    Debtor

Case No. 09-20024-fjb  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0101-1          User: ndl                    Page 1 of 1                  Date Rcvd: Mar 15, 2011
                          Form ID: pdf012             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2011.
aty          +John M. McAuliffe,   McAuliffe & Associates, P.C.,   430 Lexington Street,   Newton, MA 02466-1916
aty          +Martha J. Awiszus,   Winokur, Serkey & Rosenberg,   81 Samoset Street,   Plymouth, MA 02360-4500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2011**                    **Signature:** _Joseph Speetjens_

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order**

In Re: Witsop-9, LLC                                         Case/AP Number 09-20024 -FJB
                                                             Chapter 11

    #148 Motion of Debtor to Sell Lots 1, 3 and 5 of Morse Farm Estates (J. McAuliffe)
    #157 Limited Objection of Pilgrim Bank (M. Awiszus)

**COURT ACTION:**

#148_____Hearing held
_____Granted    _____Approved    _____Moot
_____Denied     _____Denied without prejudice    #148_____Withdrawn in open court
_____Overruled  _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order    _____Released    _____Enforced

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

_____ Dated: 03/15/2011
Frank J. Bailey
United States Bankruptcy Judge